FILED

1 | Michael S. Agruss (SBN: 259567 )
Krohn & Moss, Ltd.
2 | 10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
3 | Tel: 323-988-2400 x235
Fax: 866-583-3695
4 | magruss@consumerlawcenter.com
Attorneys for Plaintiff,
5 | LINDA STIRLING

2011 AUG -3 PM 12: 20

CLERK U.S DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

## UNITED STATES DISTRICT COURT,
## CENTRAL DISTRICT OF CALIFORNIA,

8 | LINDA STIRLING,

9 |          Plaintiff,

10 |     v.

11 | MONARCH RECOVERY MANAGEMENT, INC.

12 |          Defendant.

Case No. **LACV 11-6372**PLA

**COMPLAINT AND DEMAND FOR JURY TRIAL**

## VERIFIED COMPLAINT

Plaintiff, LINDA STIRLING (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against Defendant, MONARCH RECOVERY MANAGEMENT, INC. (Defendant):

### INTRODUCTION

1   Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2.  Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

///

///

-1-

**JURISDICTION AND VENUE**

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained within.

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

**PARTIES**

6. Plaintiff is a natural person residing in Lakewood, Los Angeles County, California.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection agency with a business office in Philadelphia, Pennsylvania.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

11. Defendant is attempting to collect a debt from Plaintiff on behalf of the original creditor, Citicorp Credit Services / Sears credit card, account number ending in 7257, Defendant's File # 21649378.

12. Plaintiff's alleged debt owed to Citicorp Credit Services / Sears credit card arises from transactions for personal, family, and household purposes.

- 2 -

13. Within the last year, Defendant placed collection calls to Plaintiff on Plaintiff's home telephone at 562-925-46xx, in an attempt to collect a debt on behalf of Citicorp Credit Services / Sears.

14. Within the last year, Defendant left a voicemail message for Plaintiff, in an attempt to collect a debt on behalf of Citicorp Credit Services / Sears, that did not properly identify the caller's identity. *See* Defendant's transcribed voicemail message attached as Exhibit A.

15. Within the last year, Defendant left a voicemail message for Plaintiff, in an attempt to collect a debt on behalf of Citicorp Credit Services / Sears, that failed to state the communication was from a debt collector. *See* Defendant's transcribed voicemail message attached as Exhibit A.

16. Defendant voicemail messages request Plaintiff to return the call to 800-220-0605, a telephone number belonging to Defendant.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

  a. Defendant violated *§1692d* of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

  b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

  c. Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity.

  d. Defendant violated *§1692e* of the FDCPA by using false, deceptive, and misleading representations in connection with the collection of any debt.

PLAINTIFF'S COMPLAINT

e.  Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt.

f.  Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

WHEREFORE, Plaintiff, LINDA STIRLING, respectfully requests judgment be entered against Defendant, MONARCH RECOVERY MANAGEMENT, INC. for the following:

18. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k,*

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k.*

20. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

21. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

22. Defendant violated the RFDCPA based on the following:

a.  Defendant violated *§1788.11(b)* of the RFDCPA by placing telephone calls without disclosure of the caller's identity.

b.  Defendant violated *§1788.11(d)* of the RFDCPA by causing Plaintiff's telephone to ring repeatedly and continuously so as to annoy Plaintiff.

c.  Defendant violated *§1788.11(e)* of the RFDCPA by placing collection calls to Plaintiff with such frequency that was unreasonable and constituted harassment.

d.  Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq.*

-4-

1    WHEREFORE, Plaintiff, LINDA STIRLING, respectfully requests judgment be entered

2  against Defendant, MONARCH RECOVERY MANAGEMENT, INC. for the following:

3    23. Statutory damages of $1000.00 pursuant to the Rosenthal Fair Debt Collection Practices

4       Act, *Cal. Civ. Code §1788.30(b)*,

5    24. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection

6       Practices Act, *Cal. Civ Code § 1788.30(c)*, and

7    25. Any other relief that this Honorable Court deems appropriate.

8                        **DEMAND FOR JURY TRIAL**

9        PLEASE TAKE NOTICE that Plaintiff, LINDA STIRLING, demands a jury trial in this

10  case.

11                              RESPECTFULLY SUBMITTED,

12  DATED: July 28, 2011            KROHN & MOSS, LTD.

13

14                          By: /s/:

15                              Michael S. Agruss
                                Attorney for Plaintiff

16

17

18

19

20

21

22

23

24

25

<u>**VERIFICATION OF COMPLAINT AND CERTIFICATION**</u>

STATE OF CALIFORNIA

Plaintiff, LINDA STIRLING, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, LINDA STIRLING, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: _07/13/2011_          _Linda Stirling_
                                   LINDA STIRLING

- 6 -

1

2

# __EXHIBIT A__

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S COMPLAINT

**STIRLING v. MONARCH**

Hello, _____ Stirling my name is David Green. My number is 800-220-0605, my extension is
2571. When calling refer to your file number 21619378. My name is David Green, please return
my call as soon as possible. Once again, my number is 800-220-0605, my extension is 2571.
Thank you. Goodbye.