JS-6

Jessica L. Pascale (SBN: 262358)
jpascale@consumerlawcenter.com
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x271
Fax: 866-620-2956
Attorneys for Plaintiff,
LINDA STIRLING

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA STIRLING, | Case No. CV 11-6372-MMM(FFMx) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER ENTERING JUDGMENT** |
| MONARCH RECOVERY MANAGEMENT, INC., | |
| Defendant. | |

On May 4, 2012, Plaintiff, LINDA STIRLING ("Plaintiff"), filed an Acceptance of Defendant's, MONARCH RECOVERY MANAGEMENT, INC. ("Defendant"), Offer of Judgment, which states, "Judgment in favor of plaintiff LINDA STIRLING against Defendant MONARCH RECOVERY MANAGEMENT, INC. in the sum of Two Thousand Dollars ($2,000.00) plus all court costs and reasonable attorney's fees incurred to the date hereof." Pursuant to Federal Rule of Civil Procedure 68, the Court enters Judgment against Defendant in the sum of $2,000.00, plus all court costs, and reasonable attorneys' fees which shall be determined by the Court.

DATED: May 16, 2012

_____
Honorable Margaret M. Morrow
UNITED STATES DISTRICT JUDGE

- 1 -